**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CORLISS BALDWIN,

        Plaintiff,

v.                                                       Case No:  6:12-cv-1093-Orl-36DAB

FT MORTGAGE COMPANIES,
NORWEST MORTGAGE, INC.,
NORWEST ASSET SECURITIES
CORPORATION, NORWEST ASSET
SECURITIES CORPORATION 1999-14
TRUST, UNITED STATES TRUST
COMPANY OF NEW YORK,
NATIONSTAR MORTGAGE, LLC, ALL
PERSONS CLAIMING BY, THROUGH
OR UNDER SUCH PERSON, ALL
PERSONS UNKNOWN, CLAIMING ANY
LEGAL OR EQUITABLE TITLE,
ESTATE, LIEN OR INTEREST IN THE
PROPERTY DESCRIBED IN THE
COMPLAINT ADVERSE TO PLAINT and
DOES 1 TO 20,

        Defendants.
_____/

**ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge David A. Baker on October 23, 2012 (Doc. 28).  Magistrate Judge Baker recommends that the Court grant Defendants' Motion to Strike Plaintiff Corliss Baldwin's ("Plaintiff") Opposition to their Motion to Dismiss (Doc. 27) for failure to comply with the Federal Rules of Civil Procedure and the Local Rules.  Doc. 28, p. 2.  Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court agrees with the Magistrate Judge that it is required to strike an unsigned pleading unless the omission is promptly corrected after being called to the attorney or party's

attention. *Id.*; *see* Fed. R. Civ. P. 11.  Here, both Plaintiff's Complaint (Doc. 1) and Opposition to Defendants' Motion to Dismiss (Doc. 26) were putatively filed *pro se* and signed by "Susan Wauchope, Trustee".  Pursuant to the Federal Rules of Civil Procedure and the Local Rules, Plaintiff must either represent himself and personally sign his pleadings or be represented by counsel admitted to practice before this Court.  Fed. R. Civ. P. 11(a)[1]; Local Rule 2.01(a).  Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Doc. 28) is A**DOPTED, CONFIRMED, and APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2) Defendants' Motion to Strike Plaintiff's Response in opposition (Doc. 27) is **GRANTED.**

3) Plaintiff's Response in Opposition (Doc. 26) is **STRICKEN.**

4) Plaintiff's Complaint (Doc. 1) is **STRICKEN**.

5) This action is dismissed, without prejudice.  The Clerk is directed to close this case.

---

[1] **(a) Signature.** Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name--or by a party personally if the party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number. Unless a rule or statute specifically states otherwise, a pleading need not be verified or accompanied by an affidavit. The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention. Fed. R. Civ. P. 11(a).

**DONE** and **ORDERED** in Orlando, Florida on November 27, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
Unrepresented Parties
U.S. Magistrate Judge David A. Baker

3